IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK LEVI MCKINNEY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 09-3679 |
| | : | |
| **PENNSYLVANIA BOARD OF** | : | |
| **PROBATION & PAROLE,** *et al.* | : | |

## ORDER

**AND NOW**, this 10th day of September, 2009, it is **ORDERED** as follows:

1. The petition to proceed *in forma pauperis* (Document No. 3) is **DENIED WITHOUT PREJUDICE**;

2. If petitioner files with the Clerk within twenty (20) days from the date of this Order a notice that he wishes to proceed with this action and obligates himself to pay the $350.00 filing fee, this action will be reinstated.

      /s/ Timothy J. Savage
      TIMOTHY J. SAVAGE, J.