IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK LEVI MCKINNEY** | : | CIVIL ACTION |
| v. | : | NO. 09-3679 |
| **PENNSYLVANIA BOARD OF PROBATION & PAROLE,** *et al.* | : | |

## ORDER

**AND NOW**, this 6th day of July 2010, upon consideration of the Defendant's Motion to Dismiss Plaintiff's Complaint filed by the City of Philadelphia (Document No. 12), the Motion to Dismiss Complaint filed by defendants Pennsylvania Board of Probation and Parole and Pennsylvania Department of Corrections (Document No. 16), the Motion of Defendant County of Montgomery to Dismiss Plaintiff's Complaint (Document No. 17), the plaintiff's responses to the motions, it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.